UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONTE JENKINS,<br><br>         Plaintiff(s),<br><br>  v.<br><br>JOE LOMBARDO, et al.,<br><br>         Defendant(s). | Case No. 2:18-CV-820 JCM (CWH)<br><br>ORDER |

  Presently before the court is Magistrate Judge Hoffman's report and recommendation ("R&R"). (ECF No. 5).

  Judge Hoffman recommends dismissing the instant action for pro se plaintiff Gervonn McCurdy's failure to comply with the court's order. *Id.* at 1 (referring to ECF No. 4). The court instructed plaintiff to file an application to proceed in forma pauperis or to pay the filing fee in this case by June 20, 2018. (ECF No. 4). To date, plaintiff has not complied with the court's order, despite the court's warning that failure to do so would result in a recommendation that his case be dismissed. (ECF No. 5 at 1). Judge Hoffman indicates that plaintiff "appears to have abandoned this case." *Id.*

  This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

  Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149

**James C. Mahan**
**U.S. District Judge**

(1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Nevertheless, this court conducted a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and attendant circumstances, this court finds good cause appears to adopt the magistrate judge's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Hoffman's R&R (ECF No. 5) be, and the same hereby is, ADOPTED.

IT IS FURTHER ORDERED that plaintiff's complaint is hereby DISMISSED without prejudice.

The clerk is instructed to enter judgment and close the case accordingly.

DATED March 10, 2020.

_____
UNITED STATES DISTRICT JUDGE